**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**

-------------------------------------------------X

| | | |
|---|---|---|
| In the Matter of | : | CHAPTER 7 |
| | : | |
| JEFFREY HAMBURG | : | |
| Debtor | : | |
| | : | |
| | : | CASE NO: 10-20819 (ASD) |

-------------------------------------------------X

-------------------------------------------------X   :

| | | |
|---|---|---|
| RICHARD BEACH, Executor of the Estate | : | |
| Of Barbara Hamburg | : | |
| Movant | : | |
| | : | OCTOBER 3, 2011 |
| v. | : | |
| | : | |
| JEFFREY HAMBURG | : | |
| Debtors | : | |

-------------------------------------------------X   :

### MOTION FOR ORDER RE: AUCTION PROCEEDS

Richard Beach, executor of the Estate of Barbara Beach Hamburg, by and through his attorney, Richard W. Callahan, (hereinafter "Movant") a party in interest in the referenced case moves this court for an order to disburse the proceeds from the auction of personal property in the State of Georgia. Attached hereto is a copy of the auctioneer's letter dated August 18, 2011, and the auctioneer's sales report dated August 6, 2011.

The Movant requests the net proceeds be ordered disbursed as follows:

Net Proceeds from the auction:                                                    $12,583.16

Less (to be reimbursed to Movant):

| | |
|---|---|
| Storage Fees owed May 2010 to July 2011 (Exh. A): | $5,700.00 |
| Movers handling fee (Exh. B): | $2,600.00 |
| Airfare for attendant at auction (Exh. C): | $391.08 |
| Parking (Exh. D): | $148.81 |
| Hotel w/ meals (Exh. E): | $885.98 |
| Auto rental for Movant to attend auction (Exh. F): | $718.47 |
| Gas (Exh. F): | $183.22 |
| | $10,627.56 |

Adjusted Net Proceeds:                                                            $1,955.60

Net proceeds of $12,583.16 disbursed as follows:

| | |
|---|---|
| To Estate of Barbara Hamburg as reimbursement of storage and auction costs and fees: | $10,627.56 |
| To Estate of Barbara Hamburg: | $977.80 |
| To Estate of Barbara Hamburg upon domestic support obligation debt owed by Jeffrey Hamburg: | $977.80 |

.        In accordance with the agreement of Mr. Jeffrey Hamburg and the order of the Superior Court, Mr. Hamburg is responsible for the bankruptcy court attorney fees incurred by the Movant. Further, any sums remaining, by agreement of Jeffrey Hamburg and the order of the Superior Court, are to be applied to past due domestic support obligation and sums owed by Jeffrey Hamburg to the Estate of Barbara Hamburg.

**WHEREFORE**, the Movant requests that this Honorable Court enter the attached Order directing the distribution of the proceeds from the sale of the personal property in Georgia.

Richard Beach, Executor
Movant

Dated: October 3, 2011

By: _____
Richard W. Callahan
Federal Bar No. CT 18545
Law Office of Richard W. Callahan
His Attorney
2911 DIXWELL AVENUE, SUITE 302
HAMDEN, CT 06518
TEL. (203) 287-8160
FAX. (203) 287-8124

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------X

In the Matter of                                     :          CHAPTER 7

                                                     :

JEFFREY HAMBURG                                      :

    Debtor                          :

                                                     :

                                                     :          CASE NO: 10-20819 (ASD)

-------------------------------------------------X

-------------------------------------------------X   :

RICHARD BEACH, Executor of the Estate    :

                Of Barbara Hamburg    :

    Movant                          :

                                                     :          _____, 2011

v.                                                   :

                                                     :

JEFFREY HAMBURG                                      :

    Debtors                         :

-------------------------------------------------X   :


## ORDER ON
## MOTION FOR ORDER RE: AUCTION PROCEEDS

The Motion for Order Re: Auction Proceeds, filed by Richard Beach, Executor of the

Estate of Barbara Hamburg, after due notice thereof and a hearing, it is

**ORDERED**: Net Proceeds of $12,583.16 shall be paid as follows:

$10,627.56 to Estate of Barbara Hamburg for reimbursement of fees and costs incurred

$977.80 to Estate of Barbara Hamburg as her 50% ownership interest;

$977.80 to Estate of Barbara Hamburg per Superior Court order to reduce domestic support arrearage owed to the Estate by Jeffrey Hamburg.


Dated:

                                        _____

The Honorable Albert S. Dambrowski
U. S. Bankruptcy Judge

## CERTIFICATION

The undersigned (the "Movant") hereby certifies that on the 3rd day of October, 2011, I served the following upon all parties entitled to notice:

(1) Motion for Order Re: Auction Proceeds; and

(2) Order on Motion for Order Re: Auction Proceeds

as follows:

Offices of the United States Trustee
Giaimo Federal Building
150 Court Street, RM 302
New Haven, CT 06510

          US Trustee

Thomas Boscarino, Esq.
Bankruptcy Trustee
628 Hebron Avenue, Bldg 2, Suite 301
Glastonbury, CT 06033-5018

          Chapter 7 Trustee

Lawrence S. Dressler, Esquire
Dressler Law Firm
12 Trumbull Street
New Haven, CT 06510

          Representing Debtor

Jeffrey Hamburg
111 Timberwood Road
West Hartford, CT 06117

          Debtor

Dated at Hamden, Connecticut this 3rd day of October, 2011.

_____
Richard W. Callahan

# EXHIBIT A

DOAN AND ASSOCIATES
P.O. BOX 4712
MARIETTA, GEORGIA  30061

August 18, 2011

Mr. Richard Callahan
2911 Dixwell Avenue
Hamden, Ct.  06518

Re:  Hamburg Locker
Auction Conducted 8/6/11
At Atlanta Peach Movers
2911 N.E. Parkway
Doraville, Ga.  30360

Dear Mr. Callahan,

Please find below the Settlement Statement for the above Auction:

| | |
|---|---|
| Gross Sale: | $14,870.00 |
| 10% Commission *($3.00 min comm. Per item) see Sales Report | (1,512.00) |
| Advertising | (254.84) |
| Set Up | (300.00) |
| Special prep with Auctioneer and staff | (220.00) |
| **Total Net** | **$12,583.16** |

We understand Ck# 3691  in the amount of $12,583.16 is to be issued to you and you will hold all net funds from sale in escrow pending further order of the U.S. Bankruptcy Court for the District of Connecticut.  If we can be of further assistance, please don't hesitate to contact me at any time.

Respectfully submitted

Jerry Doan

# Consignor's Sales Report

**DOAN & ASSOCIATES AUCTION CO**
1720 NORTH ROBERTS ROAD
KENNESAW, GEORGIA 30144
(404) 457-4444
AUCTIONEER- JERRY DOAN GAL 962

SOLD FOR: Richard W. Callahan

2911 Dixwell Ave.

Hamden, Connecticut 06518

Phone: (203) 287-8160

| Item Number | DESCRIPTION | Quantity | Price | Comm. | Extension |
|---|---|---|---|---|---|
| | BOXES | 5 | $25.00 | $12.50 | $125.00 |
| | BEDROOM SET-ALEX JULIAN | 1 | $425.00 | $42.50 | $425.00 |
| | SCALE-HEALTH-0-METER | 1 | $35.00 | $3.50 | $35.00 |
| | BRASS LAMPS/4 CHAIRS/TABLE/MISC. | 1 | $165.00 | $16.50 | $165.00 |
| | TV | 1 | $5.00 | $2.00 | $5.00 |
| | EXEC.OFC CREDENZA | 1 | $25.00 | $2.50 | $25.00 |
| | EXEC. OFC. LOT (5 PCS) | 5 | $10.00 | $5.00 | $50.00 |
| | OFC. CHAIRS- CHOICE | 2 | $10.00 | $2.00 | $20.00 |
| | GREEN CHAIR-CHERRY ROUND TABLE | 2 | $25.00 | $5.00 | $50.00 |
| | BURL BEDROOM SET | 1 | $120.00 | $12.00 | $120.00 |
| | 8PC. BEDROOM SET/PIANO STOOL | 1 | $325.00 | $32.50 | $325.00 |
| | HALL TABLE/ END TABLE | 1 | $170.00 | $17.00 | $170.00 |
| | ROUND OCC. TABLE | 1 | $25.00 | $2.50 | $25.00 |
| | GLASS TOP DESK/TABLE LOT | 1 | $10.00 | $2.00 | $10.00 |
| | COFFEE TABLE | 1 | $30.00 | $3.00 | $30.00 |
| | GLOBE/TABLE/OFC. CHAIR | 1 | $25.00 | $2.50 | $25.00 |
| | WASHER/DRYER | 2 | $25.00 | $5.00 | $50.00 |
| | ENT CTR-HICKORY CHAIR | 1 | $70.00 | $7.00 | $70.00 |
| | WROUGHT IRON CHAIRS | 2 | $25.00 | $5.00 | $50.00 |
| | GLASS TOP IRON TABLE | 1 | $35.00 | $3.50 | $35.00 |
| | WICKER TABLE/ LUGGAGE | 1 | $10.00 | $2.00 | $10.00 |
| | SPEAKER LOT | 1 | $90.00 | $9.00 | $90.00 |
| | REFRIGERATOR/BOARDS/IRON BOARD | 1 | $25.00 | $2.50 | $25.00 |
| | SUITCASE,TV,HOSE | 1 | $5.00 | $2.00 | $5.00 |
| | LG. TV. HITACHI | 1 | $25.00 | $2.50 | $25.00 |
| | PATIO SET/UMB/RACKING LOT | 1 | $25.00 | $2.50 | $25.00 |
| | GRILL-ROUND | 1 | $45.00 | $4.50 | $45.00 |
| | LADDER/ SHELVING | 1 | $10.00 | $2.00 | $10.00 |

| | |
|---|---|
| Subtotal | $X,XXX.XX |
| Commission: | $X,XXX.XX |
| Total Expenses: | $X,XXX.XX |
| Net Total | $X,XXX.XX |

| Item Number | DESCRIPTION | Quantity | Price | Comm. | Extension |
|---|---|---|---|---|---|
| | BAKERS RACK | 1 | $90.00 | $9.00 | $90.00 |
| | ALEX.JULIAN CHEST | 1 | $160.00 | $16.00 | $160.00 |
| | TRAMPOLINE-FRAME ONLY/GAME | 1 | $20.00 | $2.00 | $20.00 |
| | BOXES | 5 | $10.00 | $5.00 | $50.00 |
| | PING PONG TABLE | 1 | $25.00 | $2.50 | $25.00 |
| | STEPPER | 1 | $20.00 | $2.00 | $20.00 |
| | GAMB. TABLE | 1 | $75.00 | $7.50 | $75.00 |
| | BICYCLE-TREK | 1 | $150.00 | $15.00 | $150.00 |
| | BICYCLE-TREK | 1 | $65.00 | $6.50 | $65.00 |
| | BICYCLE-TREK | 1 | $65.00 | $6.50 | $65.00 |
| | WHITE PATIO SET | 1 | $75.00 | $7.50 | $75.00 |
| | SUNBEAM GRILL/COMP DESK | 1 | $50.00 | $5.00 | $50.00 |
| | WICKER CHAISE/SHELF/MIRROR | 1 | $25.00 | $2.50 | $25.00 |
| | PLASTIC SHELVES- LOT | 1 | $40.00 | $4.00 | $40.00 |
| | TV/ FILE CAB- LOT | 1 | $5.00 | $2.00 | $5.00 |
| | PERSONAL ITEMS-W/STOOL | 1 | $50.00 | $5.00 | $50.00 |
| | SOFA TABLE W/BROKEN TOP | 1 | $60.00 | $6.00 | $60.00 |
| | LAST LOT PICTURES | 45 | $4.00 | $18.00 | $180.00 |
| | WHITE CRADLE/ DOG | 1 | $5.00 | $2.00 | $5.00 |
| | WOODEN BENCH/ CARVED BACK | 1 | $225.00 | $22.50 | $225.00 |
| | PIANO & BLOCK FRONT CHEST | 1 | $110.00 | $11.00 | $110.00 |
| | BAKERS RACK- WHITE | 1 | $15.00 | $2.00 | $15.00 |
| | GOLD LIKE FLATWARE/ LAMP | 1 | $10.00 | $2.00 | $10.00 |
| | DRESSER/NIGHTSTAND/LAMPS | 1 | $140.00 | $14.00 | $140.00 |
| | DRY SINK | 1 | $25.00 | $2.50 | $25.00 |
| | TELESCOPE | 1 | $95.00 | $9.50 | $95.00 |
| | 4 BLACK STOOLS- LOT | 1 | $30.00 | $3.00 | $30.00 |
| | BLACK CHAIR- ELEC. | 1 | $175.00 | $17.50 | $175.00 |
| | BLONDE COMP DESK/6 BOXES | 6 | $10.00 | $6.00 | $60.00 |
| | BOXES | 10 | $16.00 | $16.00 | $160.00 |
| | PERSONAL ITEMS- BASKET | 1 | $320.00 | $32.00 | $320.00 |
| | AIR HOCKEY/SUITCASE/DARTBOARD | 1 | $20.00 | $2.00 | $20.00 |
| | DRESSER-ARBOR PLAN-PINK | 1 | $50.00 | $5.00 | $50.00 |
| | 28 PENS WITH CASE | 28 | $45.00 | $126.00 | $1,260.00 |
| | BOXES | 4 | $22.50 | $9.00 | $90.00 |
| | BOXES | 11 | $15.00 | $16.50 | $165.00 |
| | BOXES | 6 | $47.50 | $28.50 | $285.00 |
| | BOXES | 11 | $70.00 | $77.00 | $770.00 |
| | BOXES | 15 | $10.00 | $15.00 | $150.00 |
| | ALL CAMERAS- LOT | 1 | $1,150.00 | $115.00 | $1,150.00 |

|  | Subtotal | $X,XXX.XX |
|---|---|---|
| | Commission: | $X,XXX.XX |
| | Total Expenses: | $X,XXX.XX |
| | | |
| | Net Total | $X,XXX.XX |

| Item Number | DESCRIPTION | Quantity | Price | Comm. | Extension |
|---|---|---|---|---|---|
| | CARPET-BLUE FLOWERED | 1 | $500.00 | $50.00 | $500.00 |
| | BLACK SECTIONAL | 1 | $300.00 | $30.00 | $300.00 |
| | CHINESE RUG | 1 | $25.00 | $2.50 | $25.00 |
| | WHITE CHAIR/ OTTOMAN | 1 | $25.00 | $2.50 | $25.00 |
| | MARLE TOP WHITE COFFEE TABLE | 1 | $50.00 | $5.00 | $50.00 |
| | 6-DR. DARK HEST-GOLD KNOBS | 1 | $95.00 | $9.50 | $95.00 |
| | HIKORY CHAIR BUFFET | 1 | $800.00 | $80.00 | $800.00 |
| | PICTURE | 3 | $7.50 | $2.25 | $22.50 |
| | CHINA CAB/SECRETARY | 1 | $475.00 | $47.50 | $475.00 |
| | OIL ON CANVAS-FRENCH SCENE | 1 | $235.00 | $23.50 | $235.00 |
| | DINING TABLE/10 CHAIRS | 1 | $1,200.00 | $120.00 | $1,200.00 |
| | BURGANDY WING CHAIR | 1 | $85.00 | $8.50 | $85.00 |
| | PAISLEY HIDE-BED/COUCH | 1 | $275.00 | $27.50 | $275.00 |
| | STRIPPED CHAIR-SHERILL | 1 | $45.00 | $4.50 | $45.00 |
| | MIRROR | 1 | $140.00 | $14.00 | $140.00 |
| | MIRROR | 1 | $50.00 | $5.00 | $50.00 |
| | WAYNE GRESKEY-DELIERED | 1 | $90.00 | $9.00 | $90.00 |
| | OLYMPIC DISC LG. FRAME | 1 | $180.00 | $18.00 | $180.00 |
| | FRAMED OLYMP PINS- | 5 | $20.00 | $10.00 | $100.00 |
| | NEW ORLEANS POSTER | 1 | $15.00 | $2.00 | $15.00 |
| | SUPEROWL-97 NEW ORLEANS | 1 | $25.00 | $2.50 | $25.00 |
| | CHOICE-BOB ORR-MARDI GRAS | 2 | $10.00 | $2.00 | $20.00 |
| | BRAVES | 1 | $75.00 | $7.50 | $75.00 |
| | BOXES | 7 | $10.00 | $7.00 | $70.00 |
| | PICTURE | 1 | $10.00 | $2.00 | $10.00 |
| | PICTURE | 2 | $10.00 | $2.00 | $20.00 |
| | PICTURE | 1 | $10.00 | $2.00 | $10.00 |
| | BATHROOM MIRROR | 1 | $10.00 | $2.00 | $10.00 |
| | RUG-SM | 1 | $15.00 | $2.00 | $15.00 |
| | PICTURE | 1 | $15.00 | $2.00 | $15.00 |
| | PICTURE | 2 | $15.00 | $3.00 | $30.00 |
| | PICTURE | 1 | $7.50 | $2.00 | $7.50 |
| | PICTURE | 1 | $7.50 | $2.00 | $7.50 |
| | WASHINGTON PICTURES | 3 | $7.50 | $2.25 | $22.50 |
| | PICTURE | 1 | $7.50 | $2.00 | $7.50 |
| | BOXES | 4 | $10.00 | $4.00 | $40.00 |
| | PICTURE | 48 | $7.50 | $36.00 | $360.00 |
| | SCULPTURE CHINESE RUG | 1 | $110.00 | $11.00 | $110.00 |
| | PICTURE | 1 | $7.50 | $2.00 | $7.50 |
| | MISC. JEWELRY LOT | 1 | $360.00 | $36.00 | $360.00 |

| | |
|---|---|
| Subtotal | $X,XXX.XX |
| Commission: | $X,XXX.XX |
| Total Expenses: | $X,XXX.XX |
| | |
| Net Total | $X,XXX.XX |

| Item Number | DESCRIPTION | Quantity | Price | Comm. | Extension |
|---|---|---|---|---|---|
| | PICTURE | 2 | $7.50 | $2.00 | $15.00 |
| | PICTURES- CHOICE | 1 | $10.00 | $2.00 | $10.00 |
| | PICTURES LOT | 1 | $60.00 | $6.00 | $60.00 |
| | 3-PART FRAME | 1 | $30.00 | $3.00 | $30.00 |
| | MARDI GRAS | 2 | $10.00 | $2.00 | $20.00 |
| | CHOICE PIC ISRAEL | 1 | $10.00 | $2.00 | $10.00 |
| | PIC CHOICE | 1 | $10.00 | $2.00 | $10.00 |
| | PIC LOT | 1 | $50.00 | $5.00 | $50.00 |
| | PIC W/1ST DAY COVER | 1 | $130.00 | $13.00 | $130.00 |
| | RUG & CHESS SET | 1 | $10.00 | $2.00 | $10.00 |
| | PIC- CHOICE | 1 | $15.00 | $2.00 | $15.00 |
| | MIRROR | 1 | $20.00 | $2.00 | $20.00 |

|  |  |
|---|---|
| Subtotal | $14,870.00 |
| Commission: | $1,512.00 |
| Total Expenses: | $0.00 |
| Net Total | $13,358.00 |

# EXHIBIT B

**Atlanta Peach Movers**

2911 Northeast Parkway
Doraville, GA  30360
770 270-5586

Hamburg, Jeff
111 Timberwood Rd
West Harford, CT  06117

Acct #     S10032
Invoice #: 39110
February 15, 2011

P.O.#:

Re:  JEFF HAMBURG

From:  MADISON, CT

To:  DORAVILLE, GA

Storage fee

| | | | |
|---|---|---|---:|
| Invoice | 05/01/2010 | 32317 | 380.00 |
| Invoice | 06/01/2010 | 33251 | 380.00 |
| Invoice | 07/01/2010 | 34067 | 380.00 |
| Invoice | 08/01/2010 | 34801 | 380.00 |
| Invoice | 09/01/2010 | 35711 | 380.00 |
| Invoice | 10/01/2010 | 36500 | 380.00 |
| Invoice | 11/01/2010 | 37252 | 380.00 |
| Invoice | 12/01/2010 | 37976 | 380.00 |
| Invoice | 01/01/2011 | 38523 | 380.00 |
| Invoice | 02/01/2011 | 39110 | 380.00 |
| | | | **3,800.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit Bottom Portion to:

**Invoice Total:**          **$3800.00**

**Atlanta Peach Movers**
2911 Northeast Parkway
Doraville, GA  30360

**Add $10 Processing Fee if paying by credit card**

**Invoice #: 39110**
Shipper:     HAMBURG
CSO Job # 000012601

Credit Card Type:
Credit Card #:

Amount Paid:
M/C          VISA          Am Express

**Acct #      S10032**

Expiration Date:
Autorized Signature:

Atlanta Peach Movers, Inc

2911 Northeast Parkway
Doraville, GA 30360

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/7/2011 | 43336 |

| Bill To |
|---------|
| Jeff Hamburg<br>111 Timberwood Rd<br>West Harford, CT 06117 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Storage fee for March 2011 | 380.00 | 380.00 |
| 1 | Storage fee for April 2011 | 380.00 | 380.00 |
| 1 | Storage fee for May 2011 | 380.00 | 380.00 |
| 1 | Storage fee for June 2011 | 380.00 | 380.00 |
| 1 | Storage fee for July 2011 | 380.00 | 380.00 |

Thank you for your business.

| **Total** | $1,900.00 |
|-----------|-----------|

# EXHIBIT C

Atlanta Peach Movers, Inc

2911 Northeast Parkway
Doraville, GA 30360

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/7/2011 | 43337 |

| Bill To |
|---------|
| Jeff Hamburg<br>111 Timberwood Rd<br>West Harford, CT 06117 |

| | P.O. No. | Terms | Project |
|--|----------|-------|---------|
| | | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Services for Auction Items on August 6, 2011 | 2,600.00 | 2,600.00 |

Thank you for your business.

| **Total** | $2,600.00 |
|-----------|-----------|

# EXHIBIT D

**Total airfare:** $391.08USD (including taxes)

Please note that your fare may carry restrictions. Changes to your itinerary may result in additional fees. Review the fare rules in **"My Trips"** to learn more.

Important notice related to ticket **terms and conditions**.

## Billing Information
**Credit card holder's name:** Richard P Beach
**Credit card type:** Discover
**Credit card number:** xxxxxxxxxxxx2978

**Address:**
21 GLADDEN ROAD

MCDONALD, PA 15057
United States

**E-mail:** rbeach40@comcast.net

## Sign-in Instructions

### Sign-in instructions

We have created a temporary password that will allow you to access your account and trip information.

After logging in, you will be prompted to create a new password. Once you've changed your password you can:

- access your booked trips
- print and e-mail your itineraries
- view and change your seats (if available)
- change or cancel your reservations

## At the airport

### At the airport
Enjoy a hassle-free airport experience with these travel tips:
-- Remember to bring a valid government-issued photo ID to the airport. Check specific **visa and passport requirements**.
-- Obtain your boarding pass before entering the security checkpoint. See more **check-in tips**
-- Plan ahead and arrive early for airport security. Please review these updated security and packing

3

10/3/2011 2:25 PM

# EXHIBIT E

```
Contract No. 05388/80    Veh. 11386432
RICHARD BEACH
In:  ATA  08/06/11 13:39              9087
Out: ATA  08/04/11 19:50 Miles:      8998
Days   1  Hrs  18       Driven:        89
Rate1: ADTL DAYEC       T&M        $49.50
 0 Mls    0.00    0.00 Dts      $0.00
 0 Hrs   18.57    0.00 LDW      $0.00
 0 Dys   54.75    0.00 Gas      $0.00
 0 Prd  328.50    0.00 Age     $0.00
 0 Spl    0.00    0.00 Adl      $0.00
            AdvRcvFee            $2.12
            5.00/dy CFC         $10.00
            .70/Dy ENERGY        $1.40
         7.00% Sales Tax =       $4.90
        11.10% 11.1% APO =       $7.00
         3.00% 3%Excise  =       $1.89
Rate2: EK      EC       PAI      $0.00
 0 Mls    0.00    0.00 SLI      $0.00
18 Hrs   18.57   24.75 Seat     $0.00
 1 Dys   24.75   24.75 Drop     $0.00
 0 Prd  371.25    0.00 Other    $0.00
 0 Spl    0.00    0.00
Less     $0.00  Amount Due     $76.81
Paid by VI 403766******5270   07/14

    THANK YOU for Renting from
  Budget Rent A Car, Atlanta, GA
         (404) 530-3000
```

** TGI FRIDAY'S #1500 **
PITTSBURGH AIRPORT, PA



```
Date:           Aug04'11 02:19PM
Card Type:      VISA
Acct #:         XXXXXXXXXXXXX5270
Card Entry:     SWIPED
Trans Type:     PURCHASE
Trans Key:      EIE004699772739
Auth Code:      31400B
Check:          891
Table:          15/1
Server:         76 DONNA M

Subtotal:            29.07

TIP              $   6.00

TOTAL            $  35.00
```

------------------------------------- S

Estate        ** GUEST COPY **

```
    Pittsburgh
   Intl. Airport
      Parking
RECEIPT      H23
ENTRY TIME:
08/04/11    13:07
EXIT TIME:
08/06/11    22:47
PARK-DUR.: HRS:MIN
            2:09:40
AMOUNT:
          $ 72.00
VISA
X)XXXXXXXXXXX5270
AUTH. CODE 11607B
CASHIER 27 H23
```

```
JPS FAMOUS SEAFOOD
ATLANTA HARTSFIELD INT'L AIRPORT
CHECK:      1356
TABLE:      112/1
SERVER:     13333 JOSEPH
DATE:       AUG06'11 3:35PM
CARD TYPE:  VISA      AC
ACCT #:     XXXXXXXXXXXXX5270
EXP DATE:   XX/XX
AUTH CODE:  41605B
           RICHARD P BEACH

TOTAL:          49.71
TIP:

TOTAL:         10.00
                59.71
X
 I AGREE TO PAY THE ABOVE AMOUNT
 IN ACCORDANCE WITH THE CARD
 ISSUER'S AGREEMENT.
```

# EXHIBIT F

## Hilton Garden Inn
### Atlanta Perimeter Center

1501 Lake Hearn Drive • Atlanta, GA 30319
Phone (404) 459-0500 • Fax (404) 459-0594
Reservations
www.hiltongardeninn.com or 1 877 STAY HGI

| Name & Address | |
|---|---|

Beach, Richard
21 Gladden Road

McDonald, PA 15057
US

Room  718/D2
Arrival Date  8/4/2011  8:38:00PM
Departure Date  8/6/2011

Adult/Child  2/0
Room Rate  79.00

RATE PLAN  LV8
HH# 853510308 GOLD
AL:
BONUS AL:  CAR:

CONFIRMATION NUMBER : 3435983608

8/6/2011     PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/4/2011 | 1518476 | *GREAT AMERICAN GRILL | $78.72 |
| 8/4/2011 | 1518704 | GUEST ROOM | $79.00 |
| 8/4/2011 | 1518704 | ROOM TAXES | $9.48 |
| 8/5/2011 | 1518883 | *GREAT AMERICAN GRILL | $53.07 |
| 8/5/2011 | 1518886 | *GREAT AMERICAN GRILL | $72.51 |
| 8/5/2011 | 1519070 | GUEST ROOM | $79.00 |
| 8/5/2011 | 1519070 | ROOM TAXES | $9.48 |
| | | WILL BE SETTLED TO VS *5270 | $381.26 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | 1 | 00:00:00 | 12:00:00AM | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | | $88.48 | $88.48 | $176.96 |
| FOOD & BEVERAGE | | $78.72 | $125.58 | $204.30 |
| DAILY TOTAL | | $167.20 | $214.06 | $381.26 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

### Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.
- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  • charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 334681 A | |
|---|---|---|
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

THANK YOU



## Hilton Garden Inn·
### Savannah Historic District

321 W. Bay Street • Savannah, GA 31401
Phone (912) 721-5000 • Fax (912) 721-5001
Reservations
www.StayHGI.com or 1 877 STAY HGI

**Name & Address**

BEACH, RICHARD
21 GLADDEN RD

MC DONALD, PA 15057-2824
US

| Room | 619/Q2D |
|---|---|
| Arrival Date | 8/6/2011 |
| Departure Date | 8/9/2011 |
| Adult/Child | 2/0 |
| Room Rate | 148.00 |

5:57:00PM

*Folio*

RATE PLAN   L-Y2

HH# 853510308 GOLD
AL: UA #03143437760
CAR:

HHONORS
HILTON WORLDWIDE

CONFIRMATION NUMBER : 3435759084

8/9/2011   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/6/2011 | GUEST ROOM | MMACKNL | 777714 | $148.00 | | |
| 8/6/2011 | STATE TAX | MMACKNL | 777714 | $10.36 | | |
| 8/6/2011 | OCCUPANCY TAX | MMACKNL | 777714 | $8.88 | | |
| 8/6/2011 | DOWNTOWN LODGING FEE | MMACKNL | 777714 | $1.00 | | |
| 8/7/2011 | GUEST ROOM | MMACKNL | 778284 | $148.00 | | |
| 8/7/2011 | STATE TAX | MMACKNL | 778284 | $10.36 | | |
| 8/7/2011 | OCCUPANCY TAX | MMACKNL | 778284 | $8.88 | | |
| 8/7/2011 | DOWNTOWN LODGING FEE | MMACKNL | 778284 | $1.00 | | |
| 8/8/2011 | GUEST ROOM | WILLIAMSL | 778735 | $148.00 | | |
| 8/8/2011 | STATE TAX | WILLIAMSL | 778735 | $10.36 | | |
| 8/8/2011 | OCCUPANCY TAX | WILLIAMSL | 778735 | $8.88 | | |
| 8/8/2011 | DOWNTOWN LODGING FEE | WILLIAMSL | 778735 | $1.00 | | |
| | BALANCE | | | | | $504.72 |

EXPENSE REPORT SUMMARY

| | 08/06/11 | 08/07/11 | 08/08/11 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $168.24 | $168.24 | $168.24 | $504.72 |
| DAILY TOTAL | $168.24 | $168.24 | $168.24 | $504.72 |

point balance from stay at any of the ... hot ...

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION   162975 A   INITIAL | |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE  X | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

OVER

# EXHIBIT G



(JPEG Image, 1700x2338 pixels) - Scaled (37%) https://mail.google.com/mail/?ui=2&ik=c1a20c88f9&view=att&th=...

```
>>Return<< RA Document 272229860         Rate EE/S     6 DY 22 HR
RESERVATION #  37184767-US-4Z                1427 MI @         .00  =
CAR# 5 6 2 3 4 1 9 4  Car Group S               0 HR @       66.00  =
GRY FORD EXPE 4DR VA XCS9464                    0 DY @       87.99  =
                                                1 WK @      394.99  =      394.99
LUND,BARBARA                             TIME & MILEAGE             =      394.99
                                         COUNTER PRODUCTS         + =       41.93
                                         $  .34/DY VLF            + =        2.38
Out FRDSBRG              03AUG11/1403    $  .56/DY ERF            + =        3.92
In  FRDSBRG              10AUG11/1201    LDW                      + =      209.93
Miles-Out    58      Miles-In  1485      Subtotal                   =      653.15
Miles Driven  1427    Fuel In 8/8        Tax  10.000%             + =       65.32
Method of pay =   CLUB                   Total Charges              =      718.47
Mastercard XXXXXXXXXXXX0568              AMOUNT DUE    CV    USD    =      718.47
                                         ENERGY RCOVERY FEE
```

The amount that appears in "Amount Due" has been billed to your Master Card.
All charges are subject to audit and change if any errors are found.
For local inquiries call 540-898-2264. Thank you for renting from Budget.

K5E3/4A75/11222/12:02/O

SOUTH OF THE BORDER
EXXON
HWY.301
S.O.B. S.C.29547

DEALER# 4229175-LPZ
SOUTH OF THE B

S OF BOR SC

#MasterCard X0568
CARD # 056
MCRD
INV # LPZ5244
AUTH # 700952
APPROVAL # LPZ524
DATE 08/09/11 16:52

PUMP # 03 UNLD
GALLONS 13.689
PRICE/GAL $ 3.699

TOTAL (C) $50.64

THANK YOU
HAVE A NICE DAY

HASTY MART 51
2056 NC HWY 158
OXFORD NC 27565
919 693 7707
06594311

DATE 08/04/11 11:45
PUMP # 11
PRODUCT: BLUE
GALLONS: 18.689
PRICE/G: $ 3.669
FUEL SALE $ 68.57

MASTERCARD
XXXXXXXXXXXX0568
Auth #: 73506Z
Ref: 62651032
Resp Code: 000
Stan: 0472594357

SITE ID: 6594311

Earn a 5% rebate
with the BP Visa
Take application
and Apply Today

THANK YOU
HAVE A NICE DAY

53.06 - GAS -

WELCOME TO FASMART

TP51463570-001
FAS MART 32
8520 JEFF DAVIS HWY
FREDERICKSBU VA 2240

DATE 08/10/11
TIME 11:09 AM
AUTH# 789232

MASTERCARD

| PUMP | PRODUCT | PPG |
|---|---|---|
| 09 | REG | $3.399 |

| GALLONS | TOTAL |
|---|---|
| 15.429 | $52.44 |

THANK YOU
HAVE A NICE DAY

The Paradies Shops
PHILADELPHIA INTERNATIONAL AIRPORT
Philadelphia. PA

PURE LIFE WATER       46362472000
                          2.29 f
FIBER ONE             25878200000
                          2.99 N
GRANOLA BAR D&H       0662767800000
                          0.89 N
PUR PROT CHOC PNT BT 04668406000
                          3.99 tT
KS CHEX MIX ORIGINAL 36362741000
                          2.99 N
VITAMIN WATER DRAGON 79331511000
                          2.49 f

TOTAL                  $15.64
CASH                   $20.00
CHANGE                  $4.36

ITEMS 6                 C. JUSTIN
                  1765 02 17867 4854

SALES RECEIPT
21 685 220463
SHELL
751 N CENTRAL AVE
HAPEVILLE    GA 30354

DATE 08/06/11  1:32PM
INVOICE# 842583
AUTH#    21603B
VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 5270
BEACH/RICHARD P

PUMP PRODUCT     $/G
04   PLUS    $3.999

GALLONS   FUEL TOTAL
 2.893       $ 11.57

TOTAL SALE   $ 11.57

   Save 10cents/gal
   instantly at Shell
   when you earn 100
   points at Kroger.
   Pick up a brochure
   at your local Shell
   for more details.

      THANK YOU
   COME BACK SOON