## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------

In the Matter of              :        CHAPTER 7

:

JEFFREY HAMBURG        :

    Debtor             :

:

:        CASE NO: 10-20819 (ASD)

---------------------------------------------

--------------------------------------------- :        RE: ECF No. 99

RICHARD BEACH, Executor of the Estate :

    Of Barbara Hamburg    :

    Movant          :

:

v.                 :

:

JEFFREY HAMBURG        :

    Debtor             :

--------------------------------------------- :

### ORDER GRANTING MOTION TO DISBURSE PROCEEDS
### FROM AUCTION TO THE ESTATE OF BARBARA HAMBURG

After notice and a hearing on Richard Beach's, the Executor of the Estate of Barbara Hamburg, *Motion to Disburse Proceeds From Auction to the Estate of Barbara Hamburg* (hereinafter the "Motion"), ECF No. 99:

**IT IS HEREBY ORDERED** that the Motion is granted – the net proceeds from the auction held by Attorney Richard W. Callahan, are to be disbursed as follows:

$10,627.56    To Estate of Barbara Hamburg as reimbursement of storage fees and costs, and auction fees and costs.

$977.80      To Estate of Barbara Hamburg as Barbara Hamburg's 50% interest in net proceeds.

$977.80      To Estate of Barbara Hamburg, on behalf of the Debtor Jeffrey Hamburg, per Connecticut Superior Court order, in payment of a domestic support obligation.

Dated: November 17, 2011                          BY THE COURT

Albert S. Dabrowski
United States Bankruptcy Judge

Hearing Held 11/3/2011